UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
VANTROY SANCHEZ

-v-

UNITED STATES OF AMERICA
------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ FEB 2 2006 ★

BROOKLYN OFFICE

**ORDER**
CV06-357 (JBW)

JACK B. WEINSTEIN, Senior District Judge:

The Clerk of Court is to close the captioned case administratively.

So Ordered:

_____
Jack B. Weinstein
Sr. United States District Judge

Dated: 2/16/06
Brooklyn, New York

